UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLAS A.N. CHARLES,

               Plaintiff,

               -v.-

T-MOBILE USA, INC. and ASSURANCE WIRELESS,

               Defendants.

25 Civ. 702 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

      On September 11, 2025, the Court issued an order granting Plaintiff leave to amend his complaint on or before October 20, 2025, in both the above-captioned case (the "*T-Mobile* Action") as well as in Case No. 24 Civ. 9181 (the "*Excess Telecom* Action"). (Case No. 25 Civ. 702, Dkt. #40 at 3). Plaintiff filed an amended complaint in the *Excess Telecom* Action (Case No. 24 Civ. 9181, Dkt. #27), but not in the instant case. The Court therefore assumes that Plaintiff does not wish to amend his complaint in this case, and it directs Defendants to file their motion to dismiss based on Plaintiff's existing complaint. (Case No. 25 Civ. 702, Dkt. #1). If Plaintiff intends to amend his complaint in this case, he must do so immediately.

      The Clerk of Court is directed to mail a copy of this Order to Plaintiff at his address of record.

SO ORDERED.

Dated: October 23, 2025
       New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge